**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1931**

DESHANE A. MCCASKEY,

             Plaintiff - Appellant,

        v.

JANA HENRY; YMCA OF GREATER CHARLOTTE,

             Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Graham C. Mullen,
Senior District Judge.  (3:10-cv-00390-GCM)

Submitted: September 27, 2012        Decided: October 1, 2012

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

DeShane A. McCaskey, Appellant Pro Se.  Homer Bernard Tisdale,
III, Michael Lawrence Wade, Jr., OGLETREE, DEAKINS, NASH SMOAK &
STEWARD, PC, Charlotte, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

DeShane A. McCaskey seeks to appeal the district court's order dismissing her discrimination claim. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on April 3, 2012. The notice of appeal was filed on July 24, 2012. Because McCaskey failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED